*E-FILED 4/20/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HAMID HOSSEINI,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>          Defendants. | Case Number C 06-02411 RS<br><br>ORDER TO SHOW CAUSE |

On March 29, 2006, plaintiff Hamid Hosseini filed a "Complaint for Declaratory Judgment of Naturalization Under 8 USC 1447 (b)" against defendants Michael Chertoff, Secretary of the Department of Homeland Security; Emilio Gonzalez, the Director of the United States Citizenship and Immigration Services ("CIS"), David N. Still, District Director of the San Francisco District of the CIS;  and Frank Siciliano, the Director of the San Jose office of the CIS;

Plaintiff alleges that he applied for naturalization prior to June 24, 2003 and that on or about March 22, 2004 he underwent a naturalization interview and passed the English and United States History and Government tests.  Plaintiff alleges that his application has not been acted on, apparently as a result of delays in processing his FBI name check. Plaintiff further

Case No. C 06-02411 RS
ORDER TO SHOW CAUSE

1  alleges that as a result of Defendants' failure to make a determination on his application within a
2  120 day period, he is entitled to seek relief from this Court pursuant to 8 U.S.C. § 1447(b).
3  Plaintiff requests that this Court adjudicate his naturalization application and declare that he is
4  entitled to be naturalized.

5        Good cause therefore appearing, IT IS HEREBY ORDERED as follows:

6        (1)  The Clerk of the Court shall serve by certified mail a copy of the petition and a
7  copy of this Order upon counsel for Defendants, the Office of the United States Attorney.  The
8  Clerk of the Court also shall serve a copy of this Order upon Plaintiff Hamid Hosseini.

9        (2)  Defendants shall, within thirty (30) days after receiving this order, file and serve
10 upon Plaintiff an answer, showing cause why a writ of mandamus should not issue.  At the time
11 the answer is filed, Defendants shall lodge with the Court all records relevant to a determination
12 of the issues presented by the complaint.  If Defendants contend that Plaintiff has failed to
13 exhaust administrative remedies as to any ground for relief asserted in the complaint, Defendants
14 shall specify what administrative remedy remains available to Plaintiff.  If Defendants waive or
15 concede the issue of exhaustion, Defendants shall so state in their answer.

16       (3)  Plaintiff may file a response to the matters raised in the answer within thirty (30)
17 days after receiving the answer.

18       (4)  Unless otherwise ordered by the Court, the matter will be deemed submitted upon
19 the filing of the response or upon the expiration of time to file a response.

20       (5)  No later than the time their respective responses hereunder are due, the parties
21 shall make their determination regarding the issue of consent to the jurisdiction of the Magistrate
22 Judge and file the appropriate form.  In the event any party declines to consent to the jurisdiction
23 of the Magistrate Judge, this action will be reassigned to a District Judge for further proceedings.

Case No. C 06-02240 RS
ORDER TO SHOW CAUSE

(6) The Order Setting Initial Case Management Conference and ADR deadlines entered on April 6, 2006 in this action is hereby VACATED.

IT IS SO ORDERED.

Dated: April 20, 2006

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN DELIVERED TO:**

Edward R. Litwin, Esq.
Email: elitwin@litwinlaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 4/20/06**                                   **Chambers of Judge Richard Seeborg**

                                                      **By:**       /s/ BAK

4

Case No. C 06-02240 RS
ORDER TO SHOW CAUSE