| | |
|---|---|
| 1  KEVIN V. RYAN, CSBN 118321<br>   United States Attorney<br>2  JOANN M. SWANSON, CSBN 88143<br>   Assistant United States Attorney<br>3  Chief, Civil Division<br>   EDWARD A. OLSEN, CSBN 214150<br>4  Assistant United States Attorney | *E-FILED 6/6/06* |

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6915
     FAX: (415) 436-7169
7
    Attorneys for Defendants
8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                                SAN JOSE DIVISION

12  HAMID HOSSEINI,                          )
                                             )
13                  Plaintiff,               )    No. C 06-2411 RS
                                             )
14          v.                               )
                                             )
15  MICHAEL CHERTOFF, Secretary;             )    **STIPULATION TO DISMISS AND**
    EMILIO T. GONZALEZ, Director, CIS;       )    **[PROPOSED] ORDER**
16  DAVID N. STILL, District Director;       )
    FRANK SICILIANO, Officer in Charge       )
17  Department of Homeland Security;         )
                                             )
18                  Defendants.              )
                                             )
19  _____)

20      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

21  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

22  action without prejudice in light of the fact that the United States Citizenship and Immigration

23  Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

24  adjudicate such application within 30 days of the dismissal of this action.

25      Each of the parties shall bear their own costs and fees.

26  ///

27  ///

28

Stipulation to Dismiss
C 06-2411 RS

| | | |
|---|---|---|
| 1 | Date: June 5, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: June 5, 2006

/s/
EDWARD R. LITWIN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 6, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

Stipulation to Dismiss
C 06-2411 RS